IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| NORMA SIPE, | ) |
| | ) Civil Action No. 3:20-cv-00048 |
| Plaintiff, | ) |
| | ) |
| v. | ) By: Hon. Michael F. Urbanski |
| | ) Chief United States District Judge |
| A&S TRANSPORTING, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties in this civil action have filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In accordance with the stipulation, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the court's active docket, with the parties to bear their own costs and attorneys' fees.

It is **SO ORDERED**.

Entered: May 6, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.05.06 18:32:49
-04'00'

Michael F. Urbanski
Chief United States District Judge